# First District Court of Appeal
## State of Florida

_____

No. 1D2025-0225
_____

Marcus Shaun Williams,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.

July 10, 2026

Per Curiam.

AFFIRMED.

Ray, Winokur, and Treadwell, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jessica J. Yeary, Public Defender, and Kasey Lacey, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.